UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL CALDWELL, *et al.*,

                    Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF JUSTICE,

                    Defendant.

25-CV-1908 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for the parties shall file a jointly proposed briefing schedule within 21 days of the entry of this order.

    SO ORDERED.

Dated: April 29, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge